# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A U.S. Postal Service Priority Mail parcel bearing tracking number 9505 5121 2921 9098 2161 17 more fully described in Attachment A, attached hereto. | )<br>)  Case No.  19-sw-5422-NRN<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the ___State and___ District of ___Colorado___, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a Controlled Substance |
| 21 U.S.C. § 843(b) | Unlawful Use of a Communication Facility |

The application is based on these facts:

**X** Continued on the attached affidavit, which is incorporated by reference.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/Rachel Sileski*
Rachel Sileski, United States Postal Inspector
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: April 15, 2019

*N. Reid Neureiter*
*Judge's signature*

City and state:  Denver, CO    N. Reid Neureiter, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF LOCATION TO BE SEARCHED**

A U.S. Postal Service (USPS) Priority Mail parcel bearing the tracking number **9505 5121 2921 9098 2161 17** in the custody of the U.S. Postal Inspection Service, located at 1745 Stout Street, Denver, Colorado 80299. The Subject Parcel is more specifically described as follows: One USPS Priority Mail parcel bearing USPS tracking number 9505 5121 2921 9098 2161 17, addressed to "JAMie Lengo, 3321 SAlena AP1, St. Louis, Missouri 63118" with a return address of "Robert Freidah, 2724 Walnut St, Denver, CO 80205." It is a USPS Priority Mail parcel; white in color with red trim and blue and red writing with clear packing tape; measuring approximately 12" X 3.5" X 14.125"; is postmarked April 8, 2019; with $14.35 in postage.

## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

Evidence, fruits, and instrumentalities of a violation of 21 U.S.C. § 841(a)(1) (distribution of a controlled substance) and or § 843(b) (unlawful use of a communication facility), namely the following:

1. Any controlled substance that is unlawful to possess or ship interstate, including Heroin, Cocaine, Marijuana, Methamphetamine and MDMA, and any derivatives of the same;

2. United States currency or financial instruments;

3. Items of personal property inside the Priority Mail package tending to identify the person(s) in possession, control or ownership of the parcel that is the subject of this warrant or the items listed above;

4. Any associated packaging.

Upon examination of the contents of the Subject Parcel, the executing U.S. Postal Inspector is authorized to document the contents of the parcel through means including, but not limited to, photographing and photocopying its contents. The U.S. Postal Inspector may then cause the Subject Parcel to be delivered to the intended recipient.

However, if the parcel contains controlled substances, then they will be removed and seized, along with any other items enumerated herein.