# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A U.S. Postal Service Priority Mail parcel bearing tracking number 9505 5121 2921 9098 2161 17 more fully described in Attachment A, attached hereto.

Case No. 19-sw-5422-NRN

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before April 29, 2019 *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Magistrate Judge N. Reid Neureiter
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 04/15/2019, 12:10 pm

*N. Reid Neureiter*
*Judge's signature*

City and state: Denver, CO     Hon. N. Reid Neureiter, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

*Executing officer's signature*

*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF LOCATION TO BE SEARCHED

A U.S. Postal Service (USPS) Priority Mail parcel bearing the tracking number **9505 5121 2921 9098 2161 17** in the custody of the U.S. Postal Inspection Service, located at 1745 Stout Street, Denver, Colorado 80299.  The Subject Parcel is more specifically described as follows:  One USPS Priority Mail parcel bearing USPS tracking number 9505 5121 2921 9098 2161 17, addressed to "JAMie Lengo, 3321 SAlena AP1, St. Louis, Missouri 63118" with a return address of "Robert Freidah, 2724 Walnut St, Denver, CO 80205."  It is a USPS Priority Mail parcel; white in color with red trim and blue and red writing with clear packing tape; measuring approximately 12" X 3.5" X 14.125"; is postmarked April 8, 2019; with $14.35 in postage.

**ATTACHMENT B**

**DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED**

Evidence, fruits, and instrumentalities of a violation of 21 U.S.C. § 841(a)(1) (distribution of a controlled substance) and or § 843(b) (unlawful use of a communication facility), namely the following:

1. Any controlled substance that is unlawful to possess or ship interstate, including Heroin, Cocaine, Marijuana, Methamphetamine and MDMA, and any derivatives of the same;

2. United States currency or financial instruments;

3. Items of personal property inside the Priority Mail package tending to identify the person(s) in possession, control or ownership of the parcel that is the subject of this warrant or the items listed above;

4. Any associated packaging.

Upon examination of the contents of the Subject Parcel, the executing U.S. Postal Inspector is authorized to document the contents of the parcel through means including, but not limited to, photographing and photocopying its contents.  The U.S. Postal Inspector may then cause the Subject Parcel to be delivered to the intended recipient.

However, if the parcel contains controlled substances, then they will be removed and seized, along with any other items enumerated herein.