## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>A U.S. Postal Service Priority Mail parcel bearing tracking number 9505 5121 2921 9098 2161 17 | Case No.   19-sw-5422-NRN<br><br>**Filed Under Restriction** |

## ORDER TO RESTRICT CASE

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) Restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including the Search Warrant, Application and Affidavit in the above-captioned matter, as well as the Government's Motion to restrict and this Order, are restricted at Level 3 until further order of the Court.

DATED this 15th day of April, 2019.

BY THE COURT:

*/s/ N. Reid Neureiter*
N. REID NEUREITER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO