IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>U.S. Postal Service Priority Mail parcel bearing tracking number 9505 5121 2921 9098 2161 17. | Case No. 19-sw-05422-NRN<br><br>**Filed Under Restriction** |

## MOTION TO UNRESTRICT

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby moves the Court to unrestrict the Search Warrant, Application for Search Warrant, Affidavit in Support of Search Warrant, and this Motion and Order in part and as grounds therefore submits the following:

1. Said Search Warrant, Application for Search Warrant, and Affidavit in Support of Search Warrant are restricted at Level 3 until further order of the Court.

2. While the facts related to the Search Warrant, Application for Search Warrant, and Affidavit in Support of Search Warrant form part of an ongoing investigation which involves other possible evidence, the Government wishes to provide the content of these documents in discovery to defense counsel.

WHEREFORE, the Government respectfully moves to unrestrict the Search Warrant, Application for Search Warrant, Affidavit in Support of Search Warrant, and this Motion and Order.

Respectfully submitted,

JASON R. DUNN
United States Attorney

s/Martha Paluch
MARTHA PALUCH
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0401
Email: martha.paluch@usdoj.gov

2