IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>U.S. Postal Service Priority Mail parcel bearing tracking number<br>9505 5121 2921 9098 2161 17. | Case No. 19-sw-05422-NRN<br><br>**Filed Under Restriction** |

### ORDER

THIS MATTER coming before the Court upon motion of the Government to unrestrict, and the Court having considered the same,

IT IS HEREBY ORDERED that the Search Warrant, Application for Search Warrant, Affidavit in Support of Search Warrant, and this Motion and Order are unrestricted to allow the disclosure by the Government to defense.

DATED this _____ day of August, 2020.

BY THE COURT:

_____
N. REID NEUREITER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO