IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>U.S. Postal Service Priority Mail parcel bearing tracking number 9505 5121 2921 9098 2161 17. | Case No. 19-sw-05422-NRN<br><br>**Filed Under Restriction** |

## ORDER

Before the Court is the Government's Motion to Unrestrict (Dkt. #5). Having considered the same,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Search Warrant, Application for Search Warrant, Affidavit in Support of Search Warrant, and this Motion and Order are unrestricted to allow the disclosure by the Government to defense.

DATED this 25th day of August, 2020.

BY THE COURT:

*/s/ N. Reid Neureiter*

N. REID NEUREITER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO